COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| AFFILIATED COMPUTER SERVICES, INC., and ACS COMMERCIAL SOLUTIONS, INC., | § § § | No. 08-10-00343-CV <br><br> Appeal from |
| Appellants, | § § | 346th District Court |
| v. | § | of El Paso County, Texas |
| GILBERT ISIDORO CALVILLO, | § § | (TC # 2009-3756) |
| Appellee. | § |  |

**<u>MEMORANDUM OPINION</u>**

Pending before the Court is Appellants' unopposed motion to dismiss this appeal. *See* TEX.R.APP.P. 42.1(a)(1). The motion is granted, and the appeal is dismissed. In accordance with the parties' agreement, each party will bear its own costs of appeal. *See* TEX.R.APP.P. 42.1(d).

May 11, 2011

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.